IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ADOLFO ROSARIO,** | ) |
| Plaintiff, | ) No. 24 CV 11278 |
| v. | ) Judge Matthew F. Kennelly |
| **REYNALDO GUEVARA**, *et al.*, | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The parties write jointly pursuant to this Court's December 11, 2024, order [Dkt. 28] and advise the Court of the following:

**I.     Status of Service**

A.     Plaintiff has named 15 defendants in this lawsuit. Plaintiff's counsel has filed waivers of service on the docket for 10 of those Defendants: Cook County [Dkt. 13], City of Chicago [Dkt. 14], Mary B. Kinnerk [Dkt. 16], Reynaldo Guevara [Dkt. 30], Steven Gawrys [Dkt. 42], Hugh Conwell [Dkt. 43], William Johnston [Dkt. 44], Frank Vukonich [Dkt. 45], Anthony Wojcik [Dkt. 46], Robert Boris [Dkt. 47], and Clyde Raymond [Dkt. 48].

B.     The Sotos Firm informed Plaintiff's counsel that Defendants Noel Caporusso and John Leonard are deceased, and Defendant William Rose appears to be deceased based on a 2013 obituary

C.     On December 20, 2025, Plaintiff's counsel received a wavier of service from The Sotos Law Firm as to Defendant Gillian McLaughlin. Plaintiff's counsel intends to file Defendant Gillian McLaughlin's waiver of service on the docket in short order.

D.     All defendants in this matter have been served.

**II.     Settlement Discussions**

The parties have not yet engaged in settlement discussions.

**III.     Proposed Discovery**

  A. <u>Types of Discovery Needed:</u> The parties will seek to depose approximately 30 fact witnesses. The parties will exchange written discovery and plan to issue numerous subpoenas for documents and testimony. The parties also expect to retain multiple expert witnesses for both Plaintiff and Defendants.

  As indicated in the parties' December 10, 2024 [Dkt. 27], the City expects that Monell discovery will be extensive and unduly burdensome, and thus, expects to file a Motion to Bifurcate. The Plaintiff will oppose the City's Motion to Bifurcate.

  B. <u>Proposed Discovery Schedule:</u>

  The parties do not believe a discovery schedule should be set as there will be a motion to recuse filed. However, to the extent that a discovery schedule is set, the parties are in agreement with the below proposed schedule.

  1. The parties will provide Rule 26(a)(1) disclosures 30 days after all parties have answered the Complaint.

  2. Written discovery requests will be propounded 45 days after the parties have served their 26(a)(1) disclosures.

  3. Non-Monell fact discovery deadline will be June 30, 2026.

  4. Monell discovery and expert discovery will be December 31, 2026.

  C. The parties agree to service of pleadings and other papers by electronic means under Federal Rule of Civil Procedure 5(b)(2)(E).

**IV. Motion to Recuse**

  Counsel for Defendant Guevara has indicated he will file a motion to recuse this Court from presiding over this matter by February 16, 2025, and submits that the basis for his motion will be similar as that filed in *Andino v. Guevara, et al.*, No. 23 CV 14283, Dkts. 57 (motion), 107 (minute order), 109 (executive committee order).

**V. Pretrial Schedule**

  In light of the basis for Defendant Guevara's to-be-filed motion to recuse and the Executive Committee/Court's orders in *Andino v. Guevara, et al*., No. 23 CV 14283, *see* Section(IV) *supra*, the parties request that they be excused from proposed a pretrial schedule in this matter at this time.

**VI. Miscellaneous**

On January 20, 2025, the County has proposed that while it would answer the Complaint, it would be excused from having to participate separately in discovery in this matter. Plaintiff is currently considering the County's proposal but has not yet answered the Conunty's proposal.

Respectfully Submitted,

*/s/ ASHLEY COHEN*
*One of the attorneys for Plaintiff*

BONJEAN LAW GROUP
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
Tel: 718.875.1850
Email: ashley@bonjeanlaw.com

**Chicago Office:**
Bonjean Law Group, PLLC
53 W. Jackson Blvd., Ste. 315
Chicago, Illinois 60604

*/s/ Catherine M. Barber*
*Special Assistant Corporation Counsel for Defendant City of Chicago*

Eileen E. Rosen
Austin G. Rahe
Catherine M. Barber
Theresa B. Carney
Lauren M. Ferrise
Erica Fatima
ROCK FUSCO & CONNELLY, LLC
333 W. Wacker, 19th Floor
Chicago, IL 60606
(312) 494-1000
cbarber@rfclaw.com

*/s/ Joseph A. Hodal*
*Counsel for Defendant Cook County*
Assistant State's Attorney
Civil Actions Bureau – Affirmative & Complex Litigation Unit
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
312.603.5470
 joseph.hodal@cookcountyil.gov

*/s/ Bill Oberts*
*Counsel for Defendant former ASA Kinnerk*

Bill Oberts
Kevin Kirk
Oberts Galasso Law Group
161 N. Clark St.
Suite 1600
Chicago, IL 60601
Direct Line: 773-559-4866
Wboberts@ObertsGalasso.com
Kckirk@ObertsGalasso.com

*/s/ Josh M. Engquist*
*Counsel for Defendants Gawrys, Conwell, Johnston, Vukonich, Wojcik, Boris, McLaughlin, and Clyde Raymond*

James G. Sotos
Josh M. Engquist
Joseph M. Polick
Kyle T. Christie
Kylie R. Dodd

3

THE SOTOS LAW FIRM
141W. Jackson Blvd, #1240A
Chicago, IL 60604
(630) 735-3303
jengquist@jsotoslaw.com


*/s/ Emily E. Schnidt*
*Attorney for Defendant Guevara*
Timothy P. Scahill (Lead Attorney)
Steven B. Borkan
Emily E. Schnidt
Misha Itchhaporia
Molly Boekeloo
Whitney N. Hutchinson
Graham P. Miller
Special Assistant Corporation Counsel
Borkan & Scahill, Ltd.
20 Clark St., #1700
Chicago, IL 60603
eschnidt@borkanscahill.com
(312) 580-1030
D: (312) 447-6286

**CERTFICATE OF SERVICE**

I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, and that on January20, 2025, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF on all Defendants.