# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Adolfo Rosario, et al.
                     Plaintiff,

v.                                            Case No.: 1:24–cv–11278
                                                     Honorable Matthew F. Kennelly

Reynaldo Guevara, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status and motion hearing held on 3/24/2025. The Court elects to withdraw from this case under 28 U.S.C. 294(b). The Court will ask the Executive Committee to reassign the case. Motion to recuse [69] is terminated as moot. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.